# MENZ BONNER KOMAR & KOENIGSBERG LLP

### ATTORNEYS AT LAW

ONE NORTH LEXINGTON AVENUE, SUITE 1550
WHITE PLAINS, NEW YORK 10601
www.mbkklaw.com

TEL: (914) 949-0222

FAX: (914) 997-4117

September 19, 2017

**VIA ECF**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 730
New York, New York 10007

      Re:    <u>U.S *ex rel.* Brutus Trading, LLC v. Standard Chartered Bank</u>
              12 Civ. 9160 (KBF)

Dear Judge Forrest:

    This firm represents the Plaintiff-Relator Brutus Trading, LLC in the above captioned action filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b). Enclosed is Plaintiff-Relator's Notice and [Proposed Order] of Voluntary Dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C. § 3730(b)(1). Assistant U.S. Attorney Jean-David Barnea has advised in writing that the United States consents to this voluntary dismissal without prejudice to the United States and Relator.

    Thank you for your courtesies and consideration with regard to this matter.

                Very truly yours,

                David A. Koenigsberg

cc:    Jean-David Barnea, Esq.
       Assistant United States Attorney
       Antonio J. Perez-Marques, Esq.
       (Via email)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA, *ex rel.*
BRUTUS TRADING, LLC,                         :          12 Civ.  9160 (KBF)

                Plaintiffs,          :

                               :

        -against-                               :

STANDARD CHARTERED BANK, et al.,

                 :

                Defendants.
-------------------------------------------------------------------x

## NOTICE AND [PROPOSED ORDER] OF
## PLAINTIFF-RELATOR'S VOLUNTARY DISMISSAL

        PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) and 31 U.S.C.

§ 3730(b)(1), Plaintiff-Relator Brutus Trading, LLC hereby voluntarily dismisses the above-

captioned action without prejudice to Plaintiff-Relator and the United States.  The United States

of America has provided written consent to without-prejudice dismissal of this action.

Dated:        New York, New York
              September 19, 2017

                        MENZ BONNER KOMAR & KOENIGSBERG LLP

                        By:     *David Koenigsberg*
                            David A. Koenigsberg

                        One North Lexington Avenue, Suite 1550
                        White Plains, New York 10601
                        Tel.:  (914) 949-0222
                        Email:  dkoenigsberg@mbkklaw.com
                        *Attorneys for Plaintiff-Relator*

SO ORDERED:

_____
Katherine B. Forrest, U.S.D.J.

Dated: _____, 2017